Prepared by State Reporter from Appeal Papers

## ABRAM C. WISNER et al., Respondents, *v.* LEE DeFOREST et al., Appellants.

*Contract — consideration — default by plaintiffs in payment of balance due for corporate stock — agreement by defendant to refund amount paid in consideration of plaintiffs' procuring another purchaser for stock — sufficiency of consideration.*

*Wisner* v. *De Forest*, 220 App. Div. 454, affirmed.

(Argued December 6, 1927; decided January 10, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 6, 1927, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial. The action was on contract. The evidence showed that plaintiff had agreed to buy from defendants certain voting trust certificates representing shares of stock in a corporation; that after paying a portion of the purchase price and expending an additional sum to acquire certain patents, plaintiff was unable to pay the balance due and defaulted thereon; but, at the request of defendants he procured another to purchase the certificates and pay to defendants the full amount of the agreed purchase price plus the amount paid by plaintiff for the patents, whereupon defendants agreed in consideration of his services and disbursements to refund to him the amounts he had paid.

*Samuel Seabury* and *George Trosk* for appellants.

*R. Randolph Hicks* and *Lloyd F. Thanhouser* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and O'BRIEN, JJ. Dissenting: LEHMAN and KELLOGG, JJ.